UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Leda Dunn Wettre, U.S.M.J. |
| | : | |
| v. | : | Mag. No. 20-13518 |
| | : | |
| NICHOLAS CORSALE-ALTHAWABTA | : | **CRIMINAL COMPLAINT** |
| | : | |
| | : | |

I, Ronald Conyers, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with Homeland Security Investigations, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

continued on the attached page and made a part hereof.

_____
Ronald Conyers, Special Agent
Homeland Security Investigations

Agent Ronald Conyers attested to this Affidavit
by telephone pursuant to F.R.C.P. 4.1(B)(2)(A)
on this 8th day of December, 2020:

_____
Honorable Leda Dunn Wettre
United States Magistrate Judge

### ATTACHMENT A

### COUNT ONE
### (Distribution of Child Pornography)

On or about January 16, 2020, in Bergen County, in the District of New Jersey, and elsewhere, defendant

NICHOLAS CORSALE-ALTHAWABTA

did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and using any means and facility of interstate and foreign commerce, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

### COUNT TWO
### (Possession of Child Pornography)

On or about December 8, 2020, in Bergen County, in the District of New Jersey, and elsewhere, defendant

NICHOLAS CORSALE-ALTHAWABTA

did knowingly possess material that contained at least three images of child pornography, as defined in Title 18, United States Code, Section 2256(8), which images had been mailed, shipped, and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2.

## ATTACHMENT B

I, Ronald Conyers, am a Special Agent with Homeland Security Investigations ("HSI"). I am fully familiar with the facts set forth herein based on my own investigation, my discussions with other law enforcement officers, and my review of reports, documents, and other items of evidence. Where statements of others are related herein, they are related in substance and in part. Because this Affidavit is being submitted for the sole purpose of establishing probable cause to support the issuance of a complaint, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

### Background

1.      At all times relevant to this Complaint, defendant Nicholas Corsale-Althawabta ("CORSALE-ALTHAWABTA") was a resident of Oakland, New Jersey.

### The Investigation

2.      In or around January 2020, the Homeland Security Investigations Charlotte, North Carolina, Office commenced an investigation to identify subjects involved in the online sexual exploitation of minors. As part of this investigation, an undercover agent ("UCA") working with HSI assumed an online profile.

3.      On or about January 8, 2020, the UCA joined a specific group (hereinafter referred to as "GROUP-1") on a messenger application (the "Application"). GROUP-1's name sufficiently identified the member's common interest in exchanging child pornography.

4.      On or about January 16, 2020, the UCA observed a user, who was subsequently determined to be CORSALE, post two videos which constituted child pornography in GROUP-1. Descriptions of the videos are as follows:

**Video 1**: is a video depicting a prepubescent female child, approximately 8 to 10 years of age, remove her clothing, spread her buttocks, and rub her genitals and breasts.

**Video 2**: is a video depicting a prepubescent female child, approximately 5 to 6 years of age, performing oral sex on an adult male.

5.      On or about January 16, 2020, shortly after Videos 1 and 2 were posted, CORSALE-ALTHAWABTA'S account commented on an additional video containing child pornography shared by another user in GROUP-1. Specifically, CORSALE-ALTHAWABTA, via his account, wrote the word "F**k" in response to the video.

6.      On or about February 28, 2020, a subpoena was served on the Application for subscriber information and IP logs associated with CORSALE-ALTHAWABTA'S account. According to the Application's response, the account had been accessed from IP address 69.115.13.230 on or about January 16, 2020. The Application also disclosed the email account used to register CORSALE-ALTHAWABTA'S account (the "Email Address").

7.      On or about April 13, 2018, a subpoena was served on the company responsible for providing internet access requesting subscriber information for the above-referenced IP address. A response to that subpoena revealed that the IP address was registered to CORSALE-ALTHAWABTA'S home address and had been on or about January 16, 2020.

8.      On or about October 14, 2020, a subpoena was served on the email provider for subscriber information associated with the Email Address. According to that response, the accountholder's name is "Elizabeth Corsale." Notably, the account has a recovery address with a listed subscriber of "Nick Corsale."

9.      An open-internet search for CORSALE-ALTHAWABTA'S Application username revealed ties to CORSALE-ALTHAWABTA'S accounts on additional internet platforms. For instance, CORSALE-ALTHAWABTA'S Application username is associated with a Twitter account with the handle @nickcorsale and a user picture of CORSALE-ALTHAWABTA. Furthermore, CORSALE-ALTHAWABTA'S Application username is accompanied by a user photograph that appears to depict CORSALE-ALTHAWABTA, and matches the user photographs of CORSALE-ALTHAWABTA'S accounts on additional internet platforms.

10.     On or about December 8, 2020, pursuant to a search warrant for CORSALE-ALTHAWABTA'S residence, agents conducted an on-scene forensic preview of CORSALE-ALTHAWABTA'S electronic devices. See Mag. No. 20-13506 (LDW). During that preview, agents located over five items of suspected child pornography, including the following:

**Video 3**: is a two minute and fifty second (2:50) video depicting a prepubescent child inserting a finger into the vagina of an adult woman.

**Video 4**: is a one minute and forty-three second (1:43) video depicting an adult female performing oral sex on a prepubescent female child.

**Video 5**: is a two minute and twenty-two second (2:22) video depicting an adult male penetrating a prepubescent female child from behind.

**Video 6**: is a one minute and fifty-nine second (1:59) video depicting a prepubescent female child performing oral sex on an adult male.

**Video 7**: is a forty-four second (0:44) video depicting a prepubescent female child engaged in intercourse with an adult male.

11.     After being advised of his Miranda rights, CORSALE-ALTHAWABTA agreed to speak to the Agents. In the audio-recorded statement, CORSALE-ALTHAWABTA confirmed ownership of the electronic devices that contained Videos 3-7 referenced above. CORSALE-ALTHAWABTA confirmed that the Application account that shared Video 1 and Video 2 belonged to him, but that he did not remember sharing any videos. CORSALE-ALTHAWABTA acknowledged that he had accessed GROUP-1 while using his Application account.

12.     Based upon my education, training and experience, and my discussions with other law enforcement officers, and to the best of my knowledge, the videos described above were transported and transmitted in interstate commerce because CORSALE-ALTHAWABTA transmitted the videos via an Internet-based application from Bergen County, New Jersey, and the videos were accessed by the UCA, who was located outside the District of New Jersey.